Pearson, J.
 

 It is settled, that insolent language from a slave is equivalent to a blow by a white man, in its legal effect, as an excuse for a battery. If a blow is given by a white man, a return of it is excusable in self defence, to prevent a repetition of the injury; so, if a slave gives insolent language, a blow is excusable in self defence, being necessary to put a stop to his insolence.
 

 The question presented to this case is, does the principle apply to free negroes ? His Honor was of opinion that it did not. In this a majority of this Court believe there is error.
 

 The same reasons, by which a blow from a white man upon a slave, is excusable on account of insolent language, apply to the case of a free negro, who is insolent. It is a maxim of the common law, where there is the same reason there is the same law
 

 But it is suggested, that free negroes differ from slaves in this, they have a right to own property, and to malte contracts, which necessarily must frequently give rise to a difference of opinion, and if a free negro disputes the accounts of a whiteman, it is insolence, and will excuse a battery.
 

 It is unfortunate, that
 
 this third class
 
 exists in our society. Ail we eat? do is
 
 to
 
 make it accommodate itself to-the. permanent rights of free white men. What a-moumts to insolenee is a question for the Court, and is the subject of review in the. Court of supreme jurisdiction ; thisds some, protection. But as compared with a slave how stands the case?
 
 It a
 
 slave is insolent, he may'
 
 be
 
 
 *557
 
 whipped by his master, or by order of a .justice of the peace ; but a free negro has no master to correct him, a justice of the peace cannot have him punished for insolence, it is not an indictable offence, and unless a white man, to whom insolence is given, has a right to put a stop to it, in an extra judicial way, there is no remedy for it. This would be insufferable. Hence we infer from the principles of the common law, that this extra judicial remedy is excusable, provided the words or acts of a free negro be in law insolent. Such a being as a slave or a free negro, did not. exist when the ancient common law was in force. But the excellence of that “perfection of reason” consists in the fact, that it is flexible and its principles expand, so as to accommodate it to any new exigence or condition of society, like the bark of a tree, which opens and enlarges itself, according to the growth thereof, always maintaining its own uniformity and consistency.
 

 Per Curiaji. Judgment reversed and a
 
 venire do novo